Form fnldec (Revised 10/07/2009)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 10–40537    Chapter: 7

In re:

| | |
|---|---|
| Jason Thomas Servantez<br>419 NE Wilson St<br>Topeka, KS 66616 | Ashley Jane Servantez<br>aka    Ashley Jane Bacon<br>419 NE Wilson St<br>Topeka, KS 66616 |
| SSN: xxx–xx–6915 | SSN: xxx–xx–9040 |

**Entered By The Court
6/21/11**

**FINAL DECREE**

**Filed By The Court
6/21/11
Fred Jamison
Clerk of Court
US Bankruptcy Court**

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Darcy D Williamson is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 57 – 39

s/ Janice Miller Karlin
United States Bankruptcy Judge